IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DEMARA ROBERTS                                                                  PLAINTIFF

v.                      Case No. 4:17-cv-4029

SIMPLY L. TRUCKING, L.L.C. and
VERLAN BRIGGS                                                DEFENDANTS

## ORDER

Before the Court is the parties' Stipulation of Dismissal. (ECF No. 6). The parties state that they have resolved the issues in this matter and Plaintiff Demara Roberts now requests that all of her claims against Defendants Simply L. Trucking, L.L.C. and Verlan Briggs be dismissed with prejudice, without costs assessed to any party. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed by a stipulation of dismissal signed by all parties. The instant stipulation of dismissal is signed by all parties to this matter.

Accordingly, all of Plaintiff's claims against Defendants are hereby **DISMISSED WITH PREJUDICE** subject to the terms of the settlement agreement. Each party shall bear its own fees and costs. If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this judgment. The Court retains jurisdiction to vacate this Order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 19th day of May, 2017.

                                                                     /s/ Susan O. Hickey
                                                                     Susan O. Hickey
                                                                     United States District Judge